STATE OF NEW JERSEY v. CHARLES RAY SWAIN.

October 6, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. PEDRO BAEZ.

October 6, 1986.

Petition for certification denied.

DERBY ASSOCIATES v. SEASHORE CLUB
CONDOMINIUM ASSOCIATION, INC.

October 6, 1986.

Petition for certification denied.

CHARLES D. KANE v. M & H EQUIPMENT
RENTAL COMPANY, INC.

October 6, 1986.

Petition for certification denied.